UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GURPREET SINGH LAUREN ASHLEY SMITH Debtor(s) | : : : : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS CHAPTER 13 TRUSTEE Movant | : : : : | |
| vs. | : : | |
| GURPREET SINGH LAUREN ASHLEY SMITH Respondent(s) | : : : | CASE NO. **1:25-bk-03399-HWV** |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Secured claims not in plan (Claim #16 – arrearage owed to PennyMac).

    WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

        a. Deny confirmation of debtor(s)' plan.
        b. Dismiss or convert debtor(s)' case.
        c. Provide such other relief as is equitable and just.

Dated: January 15, 2026

                                            Respectfully submitted:

                                            /s/ Jack N. Zaharopoulos
                                            Standing Chapter 13 Trustee
                                            8125 Adams Drive, Suite A
                                            Hummelstown, PA 17036
                                            (717) 566-6097

CERTIFICATE OF SERVICE

      I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA 17011-

Dated:     January 15, 2026

                              /s/ Jack N. Zaharopoulos
                              Office of Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee