In re:  Case No. 25-03399-HWV
Gurpreet Singh  Chapter 13
Lauren Ashley Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 3
Date Rcvd: Jan 15, 2026    Form ID: ntcnfhrg    Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gurpreet Singh, Lauren Ashley Smith, 1160 Dietz Road, Red Lion, PA 17356-8474 |
| 5762436 | | Absolute Resolutions Corp., PO Box 243, Minneapolis, MN 55439 |
| 5762444 | | Great Eastern Resort Corp, PO Box 78843, Phoenix, AZ 85062-8843 |
| 5762453 | + | Solar Mosaic, 426 17th Street, Oakland, CA 94612-2820 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5766852 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 15 2026 18:50:00 | Absolute Resolutions Investments, LLC, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5762438 | | Email/Text: ebn@amcollect.com | Jan 15 2026 18:50:00 | American Collections Enterprise, 205 South Whiting Street #500, Alexandria, VA 22304 |
| 5762437 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 15 2026 18:49:17 | Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 5762439 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 15 2026 18:49:16 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5762440 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 15 2026 18:59:44 | Citibank (Best Buy), 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5762441 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 15 2026 18:59:32 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5762442 | + | Email/Text: bankruptcy@firstfinancial.org | Jan 15 2026 18:50:00 | First Financial FCU, 72 Loveton Circle, Sparks Glencoe, MD 21152-9202 |
| 5771662 | + | Email/Text: bankruptcy@silvermanlegal.com | Jan 15 2026 18:50:00 | First Financial Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 5762443 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 15 2026 18:50:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 5762445 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 15 2026 18:50:00 | Jefferson Capital Systems, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5767203 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 15 2026 18:50:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5767206 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 15 2026 18:50:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

| Recip ID | Bypass/Method | Address | Date/Time | Name and Address |
|---|---|---|---|---|
| 5762446 | ^ MEBN | | Jan 15 2026 18:41:19 | Kia Finance America, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 5764645 | Email/PDF: resurgentbknotifications@resurgent.com | | Jan 15 2026 18:49:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5765267 | Email/PDF: MerrickBKNotifications@Resurgent.com | | Jan 15 2026 18:49:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5762448 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | Jan 15 2026 18:49:15 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5762449 | Email/Text: bankruptcydpt@mcmcg.com | | Jan 15 2026 18:50:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 5762450 | + Email/Text: ext_ebn_inbox@navyfederal.org | | Jan 15 2026 18:50:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5771632 | + Email/PDF: ebnotices@pnmac.com | | Jan 15 2026 18:59:32 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5768702 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Jan 15 2026 18:49:17 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5762451 | + Email/PDF: ebnotices@pnmac.com | | Jan 15 2026 18:59:32 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5762452 | Email/PDF: resurgentbknotifications@resurgent.com | | Jan 15 2026 18:49:17 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5771609 | + Email/Text: bncmail@w-legal.com | | Jan 15 2026 18:50:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5764695 | Email/PDF: ebn_ais@aisinfo.com | | Jan 15 2026 18:49:01 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5762454 | + Email/Text: bncmail@w-legal.com | | Jan 15 2026 18:50:00 | TD Bank USA (Target), PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5762447 | ##+ | Meridian Financial Services, 8312 Burnet Road, Austin, TX 78757-7773 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Gurpreet Singh pmurphy@dplglaw.com  kgreene@dplglaw.com,rreynolds@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Lauren Ashley Smith pmurphy@dplglaw.com  kgreene@dplglaw.com,rreynolds@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Gurpreet Singh,<br>    **Debtor 1**<br><br>Lauren Ashley Smith,<br>    **Debtor 2** | Chapter    13<br><br>Case No.    1:25−bk−03399−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 11, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: February 18, 2026<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 15, 2026 |

ntcnfhrg (08/21)